IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JONATHAN BRANDT; KELLY BRANDT;
KENNA BRANDT; and JODIE GARDNER,
Next Friend of GRACIE GARDNER                                              PLAINTIFFS

V.                              CASE NO. 5:17-CV-5150

LEADERTREKS, N.F.P. and FIRST
NONPROFIT INSURANCE COMPANY                                                DEFENDANTS

## ORDER

Currently before the Court is the parties' Agreed Amended Stipulation of Dismissal without Prejudice (Doc. 42). The Amended Stipulation informs the Court that the parties have settled this case, but that they have agreed that the dismissal will be without prejudice at this time, because there are matters that still have to be completed under the settlement agreement. Counsel for all parties have signed the Amended Stipulation, so dismissal without prejudice is proper under Fed. R. Civ. P. 41(a)(1)(ii). **IT IS THEREFORE ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** on this ___7th___ day of February, 2019.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE