IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JONATHAN BRANDT; KELLY BRANDT;
KENNA BRANDT; and JODIE GARDNER,
Next Friend of GRACIE GARDNER                                          PLAINTIFFS

V.                          CASE NO. 5:17-CV-5150

LEADERTREKS, N.F.P. and FIRST
NONPROFIT INSURANCE COMPANY                                         DEFENDANTS

## ORDER

Currently before the Court is the parties' Agreed Stipulation of Dismissal with Prejudice (Doc. 44). The parties previously stipulated to dismissal of this case without prejudice, because there were matters that still had to be completed under the settlement agreement. *See* Doc. 42. This Court ordered dismissal without prejudice pursuant to that earlier stipulation. *See* Doc. 43. Now, in their most recent stipulation, the parties inform the Court that those previously uncompleted matters contemplated by the settlement agreement have since been completed; therefore, they ask that this Court's prior dismissal of this case without prejudice be converted to a dismissal with prejudice. Counsel for all parties have signed this most recent stipulation. This Court finds that dismissal with prejudice is proper under Fed. R. Civ. P. 41(a)(1)(ii). **IT IS THEREFORE ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this __8th__ day of July, 2019.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE